UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-81403-RAR

**JACOB KRAMER**,

    Plaintiff,

v.

**HALSTED FINANCIAL SERVICES, LLC**,

    Defendant.
_____/

### ORDER REQUIRING JOINT SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **September 10, 2021**. In addition, by **September 10, 2021**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of August, 2021.

                                                    **RODOLFO A. RUIZ II**
                                                    UNITED STATES DISTRICT JUDGE

---

[1] The parties must not include Judge Ruiz as an interested party unless he has an interest in the litigation.